# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00618-CV

**Barbara Garms and Kenneth Garms, Appellants**

**v.**

**Dale Alan Wise and Toni Pryor Wise, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2002-328A, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed an unopposed motion to dismiss their appeal advising that they no longer desire to pursue this appeal.

The appeal is dismissed on motion of appellants.  Tex. R. App. P. 42.1(a)(1).


Bob Pemberton, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   March 4, 2004